**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In re: Data Powerworks, LLC**

**Civil Action 2:26-mc-25**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

# ORDER

This matter is before the Court on a Motion (ECF No. 8) filed by Eric Broxterman seeking leave to file under seal his reply in support of his Motion to Quash a Subpoena and for a Protective Order (ECF No. 1). Broxterman represents that his Reply and supporting exhibits contain confidential information, including information about a patent sale, the disclosure of which would cause competitive harm to certain entities.

Based on these representations, the Court concludes that the materials contain sensitive and confidential information that should be shielded from public access. Accordingly, Broxterman's Motion (ECF No. 8) is **GRANTED**. Broxterman is **ORDERED** to **FILE UNDER SEAL** unredacted copies of his Reply and supporting exhibits. Broxterman has already publicly filed redacted versions of those materials. (ECF No. 9.)

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE